# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 9, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132343-5
132347-9

BETTEN AUTO CENTER, INC.,
       Plaintiff-Appellee,

v

                                     SC: 132343
                                     COA: 265976
                                     Ct of Claims: 04-000095-MT

DEPARTMENT OF TREASURY,
       Defendant-Appellant.
_____

BETTEN MOTOR SALES, INC., d/b/a TOYOTA
OF GRAND RAPIDS,
       Plaintiff-Appellee,

v

                                       SC: 132344
                                     COA: 265977
                                     Ct of Claims: 04-000096-MT

DEPARTMENT OF TREASURY,
       Defendant-Appellant.
_____

BETTEN-FRIENDLY MOTORS COMPANY,
d/b/a/ FAMILY AUTO CENTER,
       Plaintiff-Appellee,

v

                                       SC: 132345
                                     COA: 265978
                                     Ct of Claims: 04-000097-MT

DEPARTMENT OF TREASURY,
       Defendant-Appellant.
_____

BETTEN AUTO CENTER, INC.,
        Plaintiff-Appellant,

v

DEPARTMENT OF TREASURY,
        Defendant-Appellee.

SC: 132347
COA: 265976
Ct of Claims: 04-000095-MT

_____

BETTEN MOTOR SALES, INC., d/b/a TOYOTA
OF GRAND RAPIDS,
        Plaintiff-Appellant,

v

DEPARTMENT OF TREASURY,
        Defendant-Appellee.

SC: 132348
COA: 265977
Ct of Claims: 04-000096-MT

_____

BETTEN-FRIENDLY MOTORS COMPANY,
d/b/a/ FAMILY AUTO CENTER,
        Plaintiff-Appellant,

v

DEPARTMENT OF TREASURY,
        Defendant-Appellee.

SC: 132349
COA: 265978
Ct of Claims: 04-000097-MT

_____/

On order of the Court, the motion for reconsideration of this Court's May 25, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

KELLY, J., would grant reconsideration and leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 9, 2007



t0706

                                   Clerk